MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
FELICIA GROSS (Bar No. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for Defendant Michael F. Kara*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 09-0417-MHP |
| PLAINTIFF, | |
| v. | **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |
| MAHER FAYEZ KARA, MOUNIR FAYEZ KARA (A/K/A MICHAEL F. KARA), and EMILE YOUSSEF JILWAN, | |
| DEFENDANTS. | |

STIPULATION AND [PROPOSED] ORDER

Whereas, defendant Michael Kara has posted a $100,000 property bond, secured by 616 Sugarloaf Court, Walnut Creek, CA, for his release;

The government and defendant Michael Kara hereby stipulate that the scheduled bond hearing for Thursday, July 30, 2009, is no longer necessary and that this Court should enter an order vacating the hearing.

Dated: July 28, 2009                                    Respectfully Submitted,

                                                        RAMSEY & EHRLICH LLP


                                                        //s//
                                                        ISMAIL RAMSEY
                                                        ATTORNEY FOR MICHAEL KARA


                                                        JOSEPH P. RUSSONIELLO
                                                        U.S. ATTORNEY


                                                         //s//
                                                        ADAM REEVES
                                                        ASSISTANT U.S. ATTORNEY

Good cause having been shown, IT IS SO ORDERED this 29th day of July 2009, pursuant to the foregoing stipulation.

Dated: 7/29/09

_____
HON. JAMES D. LARSON
CHIEF MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER