1  ISMAIL RAMSEY (Bar No. 189820)
   izzy@ramsey-ehrlich.com
2  MILES EHRLICH (Bar No. 237954)
   miles@ramsey-ehrlich.com
3  ANJALI SAKARIA (Bar No. 225716)
4  anjali@ramsey-ehrlich.com
   RAMSEY & EHRLICH LLP
5  803 Hearst Avenue
   Berkeley, CA 94710
6  (510) 548-3600 (Tel)
7  (510) 291-3060 (Fax)

8  *Attorneys for Defendant Michael F. Kara*

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,              Case No.: CR 09-0417-MHP
14
              Plaintiff,
15
        vs.                               **NOTICE OF MANUAL FILING:**
16
   MAHER FAYEZ KARA,                      **DECLARATION OF ISMAIL RAMSEY IN**
17 MOUNIR FAYEZ KARA                      **SUPPORT OF UNOPPOSED MOTION**
   (A/K/A MICHAEL F. KARA) and            **FOR COMPETENCY EXAM AND**
18 EMILE YOUSSEF JILWAN,                  **HEARING**

19            DEFENDANTS.                 HON. MARILYN HALL PATEL

20

**NOTICE OF MANUAL FILING**

Regarding: **DECLARATION OF ISMAIL RAMSEY IN SUPPORT OF UNOPPOSED MOTION FOR COMPETENCY EXAM AND HEARING**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[ _ ] Voluminous Document (PDF file size larger than the e-filing system allows)

[ _ ] Unable to Scan Documents

[ _ ] Physical Object:

[ _ ] Non-Graphic/Text Computer Files (audio, video, etc.) on CD or other media

[ X ] Item Under Seal

[ _ ] Conformance with Judicial Conference Privacy Policy (General Order 53).

[ _ ] Other:

DATED: February 16, 2010          RAMSEY & EHRLICH LLP


                                  _____//s// Ismail Ramsey_____
                                  Ismail Ramsey
                                  Miles Ehrlich
                                  Anjali Sakaria

                                  *Attorneys for Defendant Mounir Fayez Kara (A.K.A. Michael F. Kara)*

NOTICE OF MANUAL FILING          - 2 -