JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7157 (AUSA Reeves)
   Telephone: (415) 436-7152 (AUSA Lucey)
   Facsimile: (415) 436-7234
   Adam.Reeves@usdoj.gov
   Timothy.Lucey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MOUNIR FAYEZ KARA,<br>(also known as MICHAEL F. KARA),<br><br>    Defendant. | Case No. CR 09 – 0417 MHP<br><br>STIPULATION AND<br>[PROPOSED] ORDER |

WHEREAS, the parties are currently scheduled to appear before this Court for a hearing as to defendant MOUNIR FAYEZ KARA's competency pursuant to the standards and procedures set forth in 18 U.S.C. §§ 4241 *et seq.*, as previously ordered by this Court;

WHEREAS, the process of examining and thereafter reporting on the defendant's condition is not yet complete;

////

*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND[ PROPOSED] ORDER

WHEREAS, the parties expect that a report will be prepared and submitted to the Court and parties within the next 30 to 45 days;

WHEREAS, the parties expect that counsel to the parties will need a reasonable time thereafter to review and analyze the report and prepare briefing, if appropriate, as to their respective positions relative to the defendant's competency under 18 U.S.C. § 4241 *et seq.*;

WHEREAS, the parties believe such preparation and briefing can be conducted by June 21, 2010, which is the same date on which the Court is now scheduled to conduct a status and setting conference as to all parties in this action;

**THEREFORE**, the parties jointly recommend and stipulate that the hearing on defendant's competency be continued until **June 21, 2010, at 10:00 a.m.**, with parties to submit briefing, as appropriate, a reasonable time before such hearing.

**SO STIPULATED.**

DATED: April 22, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

/S/
ADAM A. REEVES
TIMOTHY J. LUCEY
Assistant United States Attorney

DATED: April 22, 2010

/S/
Miles Ehrlich, Esq.
Ismail Ramsey, Esq.
RAMSEY & EHRLICH LLP
Counsel for Mounir Kara

**SO ORDERED.**

**DATED:** 4/23/2010



*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND PROPOSED ORDER

2