JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7157
    Facsimile: (415) 436-7234
    Adam.Reeves@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNIR FAYEZ KARA,<br><br>    Defendants. | Case No. CR-09-0417 (MHP)<br><br>STIPULATION AND [PROPOSED] ORDER DESIGNATING DR. JOHN M. SHIELDS TO PERFORM AN EXAMINATION PURSUANT TO 18 U.S.C. § 4247(B) |

    WHEREAS, the Court on March 17, 2010 ordered that a psychiatric or psychological examination of the defendant be conducted pursuant to 18 U.S.C. § 4247(b) and that a corresponding report be filed with the Court; and

    WHEREAS, the parties have conferred and jointly request that the Court designate

    John M. Shields, PhD., ABPP
    235 Montgomery Street, Suite 1020
    San Francisco, California 94104
    (415) 434-4037

to perform the psychiatric or psychological examination of the defendant ordered by the Court.

STIPULATION AND [PROPOSED] ORDER DESIGNATING DR. JOHN M. SHIELDS TO PERFORM AN EXAMINATION PURSUANT TO 18 U.S.C. § 4247(B), *United States v. Mounir Fayez Kara*, Case No. CR-09-0417 (MHP)

1

IT IS SO STIPULATED.

DATED: May 6, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____

Adam A. Reeves
Assistant United States Attorney

DATED: May 6, 2010

/s/
_____

Miles Ehrlich, Esq.
Ismail Ramsey, Esq.
Ramsey & Ehrlich LLP
Counsel for Mounir Kara

The Court orders that John M. Shields, PhD, ABPP, be designated to conduct the psychiatric or psychological examination of the defendant pursuant to 18 U.S.C. § 4247(b) and that Dr. Shields file his report pursuant to 18 U.S.C. § 4247(c) with the Court at the earliest reasonable date not to exceed thirty (30) days from the date of this Order without further leave of the Court.

IT IS SO ORDERED.

Dated: May 6, 2010

IT IS SO ORDERED
*[signature]*
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER DESIGNATING DR. JOHN M. SHIELDS TO PERFORM AN EXAMINATION PURSUANT TO 18 U.S.C. § 4247(B), *United States v. Mounir Fayez Kara*, Case No. CR-09-0417 (MHP)

2