MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 163937)
Acting Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: 415.436.7324
Facsimile: 415.436.7234
Email: Susan.B.Gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MAHER FAYEZ KARA, MOUNIR FAYEZ KARA (aka MICHAEL F. KARA), and EMILE YOUSSEF JILWAN, <br><br> Defendants. | No. CR 09-0417 MHP <br><br> STIPULATION AND [PROPOSED] ORDER AUTHORIZING INTERLOCUTORY SALE OF REAL PROPERTY |

1. The United States and defendant, Mounir Fayez Kara (aka Michael F. Kara)(hereinafter "defendant") through counsel, agree, subject to the Court's approval, to an interlocutory sale of defendant real property and improvements located at 616 Sugarloaf Court, Walnut Creek, Contra Costa County, California 94596-6354 (APN # 187-020-080-3), and further described in Exhibit A, which is attached hereto)( hereinafter "defendant property").

2. The United States and defendant agree to the interlocutory sale of defendant property on the terms set forth in this agreement which cannot be modified except in writing signed by all parties.

3. The "net proceeds" from the interlocutory sale of defendant property will be determined at the close of escrow based on the purchase price for defendant property after deducting the ordinary and reasonable costs of sale charged to a seller at closing, such as a reasonable real estate commission and costs of recording, but does not include attorneys' fees,

4. The parties agree to an interlocutory sale on the following terms:

   a. The real estate agent or broker will be provided with a copy of this stipulation and order, and must agree to comply with its terms in writing.

   b. Defendant and the real estate agent or broker selected agree to inform the United States and the other claimants of the title company which will handle the escrow, and to provide a copy of this stipulation and order to the title company.

   c. Within 24 hours of receiving any offer to purchase defendant property, defendant and the real estate agent or broker selected agree to provide a copy of any such offer to purchase to the undersigned Assistant United States Attorney by facsimile at 415.436.7234 or email. Prior to accepting any offer for defendant property defendant shall obtain the written approval of the United States. The United States will not unreasonably withhold its approval.

   d. The escrow officer must provide to the United States, which must approve in writing, the estimated closing costs before the closing of escrow can take place for the sale of defendant property. The United States will not unreasonably withhold its approval.

   e. Prior to the close of escrow of a sale approved by the United States, the United State will provide to the escrow officer a release of the *lis pendens* filed against defendant property in the Contra Costa County Recorder's Office.

   f. The escrow officer at the title company handling the close of escrow is

directed to deliver $204,627.24 from the "net proceeds" of the
            interlocutory sale, as defined in paragraph 3 above, by check made payable
            to the "United States Marshals Service", to the Asset Forfeiture Unit,
            Attention: Andrea Howard, Office of the United States Marshal, 450
            Golden Gate Avenue, San Francisco, California 94102. The United States
            Marshals Service will deposit the $204,627.24 in the appropriate interest
            bearing account where it will remain until further order of the Court.
      g.    The escrow officer at the title company handling the close of escrow is
            directed to deliver $100,000.00 from the "net proceeds" of the
            interlocutory sale, as defined in paragraph 3 above, by check made payable
            to the "Clerk of the Court, Northern District of California", 450 Golden
            Gate Avenue, San Francisco, California 94102 to secure the appearance
            bond executed by defendant on April 30, 2009. Dkt. # 3. A copy of the
            appearance bond is attached hereto as Exhibit B.
      h.    If defendant property has not been sold to a bona fide purchaser for value
            within 180 days, this order authorizing the interlocutory sale is invalid.
5.    The parties agree that the Court is authorized to issue additional orders, as
      necessary, to implement the interlocutory sale of defendant property.
6.    The United States and defendant agree that the $204,627.24 deposited in the
      interest bearing account of the United States Marshals Service shall automatically
      be substituted as defendant in this action and that the United States Marshals
      Service shall retain custody of that substitute *res* pending resolution of this civil

//
//
//
//
//
//

Stip & Order Re: Interlocutory Sale
No. CR 09-0417 MHP                           3

forfeiture action. The United States shall have the same claims against the substituted *res*, the $204,627.24, as it does against defendant property. Defendant shall have the same defenses against the substituted *res*, the $204,627.24, as he does against defendant property.

| | |
|---|---|
| IT IS SO STIPULATED: | MELINDA HAAG<br>United States Attorney |
| Dated: November 30, 2010 | /S/ *Susan B. Gray*<br>SUSAN B. GRAY<br>Assistant United States Attorney |
| Dated: November 30, 2010 | /S/<br>ISMAIL RAMSEY<br>MILES EHRLICH<br>Attorneys for Defendant Mounir Fayez Kara<br>(aka Michael F. Kara) |

### [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 1st DAY OF December, 2010.

**IT IS SO ORDERED**
Judge Marilyn H. Patel
MARILYN HALL PATEL
United States District Judge
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EXHIBIT A

## EXHIBIT "A"

Real property in the City of Walnut Creek, County of Contra Costa, State of California described as follows:

PARCEL ONE:

ALL OF LOT 2, AS SHOWN ON THAT CERTAIN MAP OF SUBDIVISION 7207, FILED SEPTEMBER 2, 1992 IN BOOK 363 OF MAPS AT PAGE 35, CONTRA COSTA COUNTY RECORDS AND A PORTION OF THE PROPERTY DESCRIBED AS PARCELS "A" AND "B" IN THAT CERTAIN QUITCLAIM DEED RECORDED NOVEMBER 15, 1996, SERIES NO. 96-215940, OFFICIAL RECORDS, AS APPROVED BY INSTRUMENT RECORDED SEPTEMBER 8, 1999, SERIES NO. 99-240522, OFFICIAL RECORDS, FURTHER DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEASTERLY CORNER OF SAID LOT 2; THENCE FROM SAID POINT OF BEGINNING ALONG THE PERIMETER OF SAID LOT 2, THE FOLLOWING TWO COURSES: 1) NORTH 89° 38' 02" WEST, 152.00 FEET AND 2) NORTH 0° 21' 58" EAST, 212.81 FEET; THENCE LEAVING SAID PERIMETER NORTH 0° 21' 58" EAST, 23.71 FEET TO THE NORTHERLY LINE OF SAID PARCEL "A"; THENCE ALONG SAID NORTHERLY LINE, FROM A TANGENT WHICH BEARS SOUTH 84° 41' 32" EAST, ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 2,021 FEET, THROUGH A CENTRAL ANGLE OF 4° 48' 00", FOR AN ARC LENGTH OF 169.31 FEET; THENCE LEAVING SAID NORTHERLY LINE SOUTH 4° 38' 00" WEST, 229.65 FEET TO THE POINT OF BEGINNING.

PARCEL TWO:

A NON-EXCLUSIVE EASEMENT FOR PRIVATE ACCESS AND UTILITY PURPOSES, DESIGNATED AND SHOWN AS "P.A. & U.E." ON THE FILED MAP OF SUBDIVISION 7207, FOR THE BENEFIT OF PARCEL ONE HEREINABOVE, FOR, BUT NOT LIMITED TO, ACCESS, RECREATION, PARKING, UTILITIES, DRAINAGE, INGRESS AND EGRESS.

EXCEPTING FROM PARCEL TWO: THAT PORTION THEREOF LYING WITHIN PARCEL ONE ABOVE.

EXHIBIT B

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 4-30-09 | CASE NUMBER (MHP) CR 09-0417 |
|---|---|---|---|
| NAME OF DEFENDANT MOUNIR FAYEZ KARA A/K/A MICHAEL F. KARA | | ADDRESS OF DEFENDANT 616 Sugarloaf Ct. Walnut Creek, CA 94596 | TELEPHONE NUMBER 925 943-8804 |
| NAME OF SURETY Mariam Kara | RELATIONSHIP TO DEFENDANT "wife" | ADDRESS OF SURETY " | TELEPHONE NUMBER " |
| NAME OF CUSTODIAN | RELATIONSHIP TO DEFENDANT | ADDRESS OF CUSTODIAN | TELEPHONE NUMBER |

| AMOUNT OF BOND $100,000 | ☒ UNSECURED | ☒ SECURED BY $ | ☐ DEPOSIT RECEIVED RECEIVED FROM: | ☐ OTHER SECURITY POSTED POSTED BY: | TIME/DATE OF NEXT APPEARANCE 5/11/2009 @ 9:30 a.m. JL  5/19/2009 @ 10:00 a.m. MHP | COURTROOM/JUDGE |

FILED APR 30 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
☒ Defendant shall not commit any federal, state, or local crime.
☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
☒ Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side.
☒ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in ___SF___. See addresses and telephone numbers on reverse side. or FBI
☒ Defendant shall surrender all passports and visas to the Court by APRIL 30, 2009 and shall not apply for any passports or other travel documents.
☒ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
☐ Defendant shall remain in the custody of custodian _____ at _____, who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.
☐ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
☒ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
☐ Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.
☐ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.
☒ Defendant shall have no contact with any co-defendant out of the presence of counsel. EXCEPT IF RELATED BY FAMILY.
☒ Defendant shall not change residence without prior approval of Pretrial Services. OR AUSA.
☐ Defendant shall comply with the following curfew: ___ to ___.
☐ Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of _____
☐ Defendant must ☐ reside in Halfway House _____ ☐ participate in Residential Treatment _____
☐ The following conditions also apply:

Mariam Kara will surrender her passports by MAY 6, 2009
DEF MAY TRAVEL TO VALLEJO TO VISIT MOTHER

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

### CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.
An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.
Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.
We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT X | SIGNATURE(s) OF SURETY X |
| SIGNATURE OF CUSTODIAN | X |
| THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY. ▶ | SIGNATURE OF MAGISTRATE JUDGE X | DATE |

1. CLERK OF COURT - WHITE COPY