MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Mounir Kara

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MOUNIR KARA,<br><br>　　　　　Defendant | Case No.: CR-09-00417 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RECONVENYANCE OF DEED OF TRUST** |

Stipulation and [Proposed] Order - 1

In the above-entitled action, Mounir Kara is one of three defendants charged with insider trading. This Court previously released the defendant Mounir Kara on a $100,000 bond, secured by his home at 616 Sugarloaf Court, Walnut Creek, CA 94596. Docket No. 3

The defendant posted his home as security for his bond. A Deed of Trust was recorded on the Property with the Clerk of the Court listed as trustee.

The US Attorney's Office and the defendant later stipulated to, and this Court entered, an order allowing an interlocutory sale of 616 Sugarloaf Court, Walnut Creek, CA, 94596 by Mounir Kara. See Docket No. 95. The order permits a sale of the home but requires among other things that $100,000 be delivered out of the net proceeds of the sale to the Clerk of the District Court in order to secure the bond for Mounir Kara's release. See Docket No. 95, paragraph 4g. The $100,000 cash is to substitute as security of the property – 616 Sugarloaf – with respect to Mounir Kara's bond.

Mounir Kara has currently entered into a contract to sell 616 Sugarloaf Road, with the approval of the US Attorney's Office. The escrow officer has been directed to deliver $100,000 from the net proceeds to the District Clerk's Office in accordance with the interlocutory sale order.

The parties hereby stipulate that this court should enter an order directing the Clerk of the Court to sign a Reconveyance of the Deed of Trust for the $100,000 securing the defendant's release bond and deliver it to:

>Steve Guest or Denise Hannan, Esq.
>North American Title Company
>1855 Gateway Blvd., Suite 600
>Concord, CA 94520

North American Title Company is the escrow company for the current sale of 616 Sugarloaf. The Reconveyance is necessary to clear title, a condition of the sale.

Dated:                                Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL RAMSEY
ATTORNEY FOR MOUNIR KARA

MELINDA L. HAAG
US ATTORNEY

//s//

ADAM REEVES
ASSISTANT US ATTORNEY

Good cause having been shown, IT IS SO ORDERED. The Clerk of the District Court of the Northern District of California is hereby ordered, upon receipt of $100,000 in accordance with paragraph 4g of the Interlocutory Sale Order (Docket No. 95), to sign and deliver a Reconveyance of the Deed of Trust recorded on 616 Sugarloaf Court, Walnut Creek, CA as security for Mounir Kara's release bond to:

    Steve Guest or Denise Hannan, Esq.

    North American Title Company

    1855 Gateway Blvd., Suite 600

    Concord, CA 94520

Dated: March 29, 2011



IT IS SO ORDERED
Judge Marilyn H. Patel