MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Michael Kara

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> MICHAEL KARA, <br> Defendant | Case No.: CR-09-00417 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING BAIL CONDITIONS** |

The parties hereby stipulate and move this Court to enter an order allowing defendant Michael Kara to travel to the Eastern District of California for business purposes with prior notice to, and approval from, his supervising Pre-trial Services Officer.

Mr. Kara is charged with insider trading. He has pled guilty pursuant to a plea agreement and is awaiting sentencing. His release conditions currently limit his travel to the Northern District of California except for travel to Vallejo, California, to visit his mother. Docket No. 3 (April 30, 2009).

Mr. Kara heads an environmental remediation company. His company is currently pursuing work in the Sacramento area. Acquiring the work and maintaining it will require him to travel to the Eastern District of California.

Mr. Kara in his more than a two and a half years on supervision has had no violations.

Dated:

Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL RAMSEY
ATTORNEY FOR MICHAEL KARA

MELINDA L. HAAG
US ATTORNEY

//s//

ADAM REEVES
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: 4/17/12

HON. LAUREL BEELER NANDOR VADAS
US MAGISTRATE JUDGE