1  CARL H. LOEWENSON, JR. (*pro hac vice*)
   CLoewenson@mofo.com
2  MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
3  New York, New York 10104-0050
   Telephone: (212) 468-8000
4  Facsimile: (212) 468-7900

5  GEORGE C. HARRIS (CA SBN 111074)
   GHarris@mofo.com
6  JUSTIN D. HOOGS (CA SBN 267699)
   JHoogs@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

10 Attorneys for Defendant
   MAHER KARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAHER FAYEZ KARA, *et al.*,<br><br>    Defendants. | Case No.  09-CR-00417-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND MAHER KARA'S CONDITIONS OF RELEASE** |

| | |
|---|---|
| 1 | Defendant Maher Kara, by and through his counsel, George C. Harris, respectfully moves |
| 2 | the Court to amend the conditions of Mr. Kara's release, pursuant to 18 U.S.C. § 3145(a)(2), to |
| 3 | permit Mr. Kara to travel within the United States without prior authorization of the Court, |
| 4 | provided that Mr. Kara advises Pretrial Services when he travels outside the Northern District of |
| 5 | California. The United States through its counsel, Assistant United States Attorney Adam A. |
| 6 | Reeves, has no objection to amending Mr. Kara's conditions of release and stipulates to the form |
| 7 | of the order. |
| 8 | WHEREAS, by order of the Court dated April 30, 2009, Mr. Kara was released on the |
| 9 | condition that he not travel outside the Northern District of California; |
| 10 | WHEREAS, on July 6, 2011, Mr. Kara pled guilty and agreed to cooperate with the |
| 11 | government's ongoing investigation; |
| 12 | WHEREAS, Mr. Kara needs to travel outside the Northern District of California to pursue |
| 13 | employment opportunities; |
| 14 | WHEREAS, the parties have consulted with Mr. Kara's Pretrial Services Officer, Joshua |
| 15 | Libby, and Mr. Libby assents to this amendment of Mr. Kara's conditions of release; |
| 16 | WHEREAS, Mr. Kara will abide by all other conditions of his release and any other |
| 17 | additional conditions the Court and Pretrial Services may deem appropriate; |
| 18 | THEREFORE, it is hereby stipulated by and between the parties that the conditions of Mr. |
| 19 | Kara's release are amended to permit Mr. Kara to travel within the continental United States |
| 20 | without prior authorization of the Court, provided that Mr. Kara advises Pretrial Services when he |
| 21 | travels outside the Northern District of California. |
| 22 | IT IS SO STIPULATED: |
| 23 | Dated: July 6, 2012      MELINDA HAAG |
| 24 | United States Attorney |
| 25 | |
| 26 | By:    /s/ *Adam A. Reeves* |
|    | ADAM A. REEVES |
| 27 | Assistant United States Attorney |
| 28 | |

| | | |
|---|---|---|
| Dated: July 6, 2012 | | CARL H. LOEWENSON, JR.<br>GEORGE C. HARRIS<br>JUSTIN D. HOOGS<br>MORRISON & FOERSTER LLP |

By: /s/ *George C. Harris*
     GEORGE C. HARRIS

Attorneys for Defendant
MAHER KARA

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the other signatories and I shall maintain records to support these concurrences for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/ *George C. Harris*
GEORGE C. HARRIS

Attorneys for Defendant
MAHER KARA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 10, 2012

_____
Hon. Maria-Elena James
United States Magistrate Judge