ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Mounir Fayez Kara (Michael Kara)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 09-0417 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| MOUNIR FAYEZ KARA, | |
| (also known as Michael F. Kara) | |
| Defendant | |

The parties hereby stipulate and move this Court to enter an order continuing the sentencing hearing in this matter from Wednesday, May 14, 2014, to Wednesday, August 27, 2014, at 2:30 p.m. This continuance is needed to provide the defense team time to complete its psychological evaluation of defendant Mounir Kara. This exam is necessary to determine fully mitigating factors related to his offense conduct. The defense expert is still performing extensive testing of Mounir, which occurs over multiple sessions, and is reviewing voluminous medical records.

The probation officer, Patrick McFate, has been contacted by defense and does not

object to the continuance.

IT IS SO STIPULATED.

Dated: April 22, 2014                             Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL RAMSEY
ATTORNEY FOR MOUNIR KARA

MELINDA L. HAAG
US ATTORNEY

//s//

BOB LEACH
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: April 23, 2014

_____
THE HONORABLE EDWARD CHEN
UNITED STATES DISTRICT JUDGE

