ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Mounir Fayez Kara (Michael Kara)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>MOUNIR FAYEZ KARA,<br><br>(also known as Michael F. Kara)<br><br>        Defendant | Case No.: CR 09-0417 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |

The parties hereby stipulate and move this Court to enter an order continuing the sentencing hearing in this matter from Wednesday, August 27, 2014, at 2:30 p.m. to Wednesday, October 8, 2014, at 2:30 p.m.  This continuance is needed to provide the defense team additional time to complete its psychological evaluation of defendant Mounir Kara.  This exam is necessary to determine fully mitigating factors related to his offense conduct.  The defense expert is still completing his evaluation of Mounir -- which involved multiple testing sessions and review of voluminous medical records – and his corresponding report.  We anticipate that the evaluation and report will be complete by the first week of August.

The probation officer, Patrick McFate, has been contacted by defense and does not

object to the continuance.

IT IS SO STIPULATED.

Dated: July 16, 2014                          Respectfully Submitted,

                                              RAMSEY & EHRLICH LLP

                                              //s//

                                              ISMAIL RAMSEY
                                              ATTORNEY FOR MOUNIR KARA

                                              MELINDA L. HAAG
                                              US ATTORNEY

                                              //s//

                                              BOB LEACH
                                              ASSISTANT US ATTORNEY

        GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated:   7/22/14



_____
THE HONORABLE EDWARD M. CHEN
DISTRICT JUDGE