GEORGE C. HARRIS (CA SBN 111074)
GHarris@mofo.com
JUSTIN D. HOOGS (CA SBN 267699)
JHoogs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

CARL H. LOEWENSON, JR. (*pro hac vice*)
CLoewenson@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

Attorneys for Defendant
MAHER KARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MAHER FAYEZ KARA, *et al.*,<br><br>　　　　　　Defendants. | Case No.   CR-09-0417 (EMC)<br><br>**[PROPOSED] ORDER EXONERATING BOND** |

All matters having been resolved in this case, it hereby is ORDERED that Maher Kara's bond in the sum of $100,000 be released and exonerated. The Court directs the Clerk of the Court to return the bond and any interest earned to Maher Kara.

Dated: January __, 2015

_____

HON. EDWARD M. CHEN
United States District Court
Northern District of California

Submitted by:

CARL H. LOEWENSON, JR.
GEORGE C. HARRIS
JUSTIN D. HOOGS
MORRISON & FOERSTER LLP

By:   /s/ *George C. Harris*
        GEORGE C. HARRIS

    Attorneys for Defendant
    MAHER KARA

sf-3491668

[PROPOSED] ORDER EXONERATING BOND
Case No. CR-09-0417 (EMC)

1