ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Mounir Fayez Kara (Michael Kara)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MOUNIR FAYEZ KARA,<br><br>(also known as Michael F. Kara)<br><br>　　　　Defendant | Case No.: CR 09-0417 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON FORFEITURE AND RESTITUTION** |

　　　　On December 10, 2015, this Court sentenced defendant Mounir Fayez Kara to three years probation with conditions that included six months of home confinement. The Court initially set a hearing to determine the amount of forfeiture and restitution for January 14, 2015, and allowed supplemental briefing by the parties on these issues. The hearing was then continued until March 11, 2015.

　　　　After further analysis and discussion, the parties believe that a further continuance is needed to provide the parties additional time to evaluate the evidence and issues. The parties therefore agree and respectfully request that the currently scheduled hearing be vacated and that the hearing on the amount of restitution and forfeiture be set for Wednesday, April 15, at 2:30 p.m., and that supplemental briefing by the parties on these

issues be submitted by April 7, 2015.  Mounir Fayez Kara stipulates and agrees to the resolution of forfeiture and restitution outside of the 90-day period set forth in 18 U.S.C. 3664(d)(5).

      IT IS SO STIPULATED.

Dated: March 9, 2015                      Respectfully Submitted,

                                               RAMSEY & EHRLICH LLP

                                               //s//

                                               ISMAIL RAMSEY
                                               ATTORNEY FOR MOUNIR KARA

                                               MELINDA L. HAAG
                                               US ATTORNEY

                                               //s//

                                               BOB LEACH
                                               ASSISTANT US ATTORNEY

      GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated:

                                            _____
                                            THE HONORABLE EDWARD CHEN
                                            UNITED STATES DISTRICT JUDGE