ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Mounir Fayez Kara (Michael Kara)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MOUNIR FAYEZ KARA,<br><br>(also known as Michael F. Kara)<br><br>  Defendant | Case No.: CR 09-0417 EMC<br><br>**STIPULATION ON FORFEITURE AND RESTITUTION** |

On December 10, 2015, this Court sentenced defendant Mounir (Michael) Fayez Kara to three years probation with conditions that included six months of home confinement. The Court initially set a hearing to determine the amount of forfeiture and restitution for January 14, 2015, and allowed supplemental briefing by the parties on these issues. The hearing was then continued until March 11, 2015, further continued until April 15, 2015, then further continued to April 29, 2015.

After ongoing analysis and evaluation of the evidence, the parties have agreed and stipulate that Mr. Kara should be ordered to make restitution in the amount of $738,539.42 to Citadel LLC. Citadel LLC has suffered a loss in this amount and is entitled to restitution under the Mandatory Victims Restitution Act of 1996, 18 U.S.C. § 3663A. In addition, the parties agree and stipulate that Mr. Kara should not be ordered to pay any additional amount of forfeiture beyond that which has been seized and forfeited pursuant to the Final Order of Forfeiture in this action. (Docket No. 209).

IT IS SO STIPULATED.

Dated: April 24, 2015

Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL RAMSEY
ATTORNEY FOR MOUNIR KARA

MELINDA L. HAAG
US ATTORNEY

//s//

BOB LEACH
ASSISTANT US ATTORNEY

IT IS SO ORDERED. The 4/29/15 restitution hearing is vacated.

_____
Edward M. Chen
U.S. District Judge



Case No.: CR 09-0417 EMC
Stipulation on Forfeiture and Restitution - 2