ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Mounir Fayez Kara (Michael Kara)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNIR FAYEZ KARA,<br><br>(also known as Michael F. Kara)<br><br>Defendant | Case No.: CR 09-0417 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PROBATION CONDITIONS TO ALLOW TRAVEL TO LEBANON** |

The parties hereby stipulate and move this Court to enter an order allowing defendant Mounir (Michael) Kara to travel to Lebanon to visit various family members, including his ill elderly uncle, from August 4, 2015, to August 30, 2015. Michael must provide his specific itinerary, including accommodations and contact information, for the trip to his supervising Probation Officer.

On December 12, 2014, this Court sentenced Mr. Kara to three years of probation, including six months of home confinement, for Conspiracy to Commit Securities Fraud and Securities Fraud. *See* Docket No. 246. His probation conditions provide, "The defendant shall not leave the judicial district without the permission of the court or probation officer." *See id.*, Standard Condition of Supervision No. 1.

Mr. Kara has completed his required period of home confinement and has been under the supervision of Probation since his December 12, 2014 sentencing. He has had no violations. His Probation Officer, Richard Brown, does not object to this travel request.

Dated: July 13, 2015                                    Respectfully Submitted,

                                                        RAMSEY & EHRLICH LLP

                                                        //s//

                                                        ISMAIL RAMSEY
                                                        ATTORNEY FOR MOUNIR KARA


                                                        MELINDA L. HAAG
                                                        US ATTORNEY

                                                        //s//

                                                        BOB LEACH
                                                        ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated:

                                        _____
                                        THE HONORABLE EDWARD M. CHEN
                                        UNITED STATES DISTRICT JUDGE